20-7166
NS

To Clerk of Court,

I'am currently incarcerated in York County Prison and I have a on going FTCA lawsuit in the Northern District of West Virginia.

I have'nt heard from the courts since 2020 and I wish to recieve a status inquire and a copy of my docket sheet.

I can be reached at: Donte Parrish 66348
York County Prison
3400 Concord Rd
York, PA 17402

Request For
Status Inquire & Docket Sheet

RECEIVED 2022 MAY 16 PM 3:09 U.S. COURT OF APPEALS FOURTH CIRCUIT

"THIS CORRESPONDENCE ORIGINATES FROM AN INMATE INSTITUTION"

FROM: Donte Parrish

INMATE ID#: 66348

York County Prison
3400 Concord Rd.
York, PA 17402

LEGAL MAIL
HARRISBURG PA 171

13 MAY 2022 PM 4 L

RECEIVED U.S. MARSHALS

TO: (Clerk of Courts)
United States Courthouse ~~for~~ ~~western virginia~~
1100 East Main Street, suite 501
Richmond, VA 23219

1:17-cv-070-JMR ~~23218-853826~~