OFFICE OF STAFF COUNSEL
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 EAST MAIN STREET, SUITE 325
RICHMOND, VIRGINIA 23219-3538

MELISSA L. WOOD
SENIOR STAFF COUNSEL

TEL. (804) 916-2900
FAX (804) 916-2920

September 6, 2022

Scott Ballenger, Esq.
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903-1789

Re:  No. 20-1766, *Parrish v. United States*

Dear Assistant Professor Ballenger:

    Thank you for agreeing to be assigned as counsel on behalf of the appellant in this appeal.

    The issues of particular interest to the Court are:

Whether an appellant must file a new notice of appeal after the district court grants a motion to reopen the appeal period under Fed. R. App. P. 4(a)(6) or whether his prior notice of appeal is deemed timely filed after the court grants the motion; whether and how Fed. R. Civ. P. 6(a) applies to the Federal Tort Claims Act (FTCA); and whether the prison mailbox rule applies to the FTCA.

    You are free to brief and argue any other issues that may appear meritorious.

    The maximum authorized compensation is $750, plus expenses. A maximum hourly rate of $158 applies to both in-court and out-of-court work. Any compensation issues should be addressed to Deputy Clerk Patty Layne at (804) 916-2700.

The case manager assigned to this appeal, Naeemah Sims, will assist you with any procedural inquiries; she can be reached at (804) 916-2700. Please contact me at (804) 916-2900 for any other assistance.

You will be notified as to the briefing schedule promptly after it is established by the Clerk's Office. The electronic record on appeal is available on PACER. Your assignment to this case as a member of this Court's Discretionary Panel authorizes you to obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

We appreciate your assistance to the Court in accepting this assignment.

Very truly yours,

Melissa L. Wood

MLW/hmf

cc: Donte Parrish
    Randolph John Bernard, Assistant United States Attorney