No. 20-1766

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

**DONTE PARRISH,**

*Petitioner-Appellant*,

v.

**UNITED STATES OF AMERICA,**

*Respondent-Appellee.*

_____

On Appeal from the United States District Court for
the Northern District of West Virginia at Clarksburg

_____

**MOTION TO WITHDRAW OR SUBSTITUTE ASSIGNED COUNSEL**

_____

Amanda K. Rice
JONES DAY
150 W. Jefferson Ave.
Suite 2100
Detroit, MI 48226
T: (313) 733-3939
arice@jonesday.com

Daniel C. Loesing
JONES DAY
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215
T: (614) 469-3939
dloesing@jonesday.com

Amanda R. Parker
Sarah Welch
Samuel V. Lioi
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
T: (216) 586-3939
arparker@jonesday.com
swelch@jonesday.com
slioi@jonesday.com

February 27, 2025

On January 18, 2024, the Court assigned Sarah Welch to represent appellant Donte Parrish in seeking rehearing and rehearing en banc on the issues of appellate jurisdiction addressed by the panel in this case. Dkt. 68. The Court denied rehearing en banc on April 23, 2024, and it denied panel rehearing on April 25, 2024, leaving in place the Court's dismissal of the case for lack of jurisdiction. Dkt. 85, 86. Undersigned counsel have continued to represent Mr. Parrish before the U.S. Supreme Court, which granted certiorari on January 17, 2025. *See* Dkt. 89.

Ms. Welch moves to withdraw as assigned counsel, as she is leaving Jones Day on February 28, 2025, to work in the U.S. Department of Justice and will be unable to continue the representation. Amanda R. Parker is a member of the bar of this Court and has agreed to serve as assigned counsel on the issues of appellate jurisdiction addressed by the panel if the Court wishes to maintain an assignment of counsel despite its dismissal of the appeal.

1

Respectfully submitted,

/s/ Sarah Welch

| | |
|---|---|
| Amanda K. Rice<br>JONES DAY<br>150 W. Jefferson Ave.<br>Suite 2100<br>Detroit, MI 48226<br>T: (313) 733-3939<br>arice@jonesday.com<br><br>Daniel C. Loesing<br>JONES DAY<br>325 John H. McConnell Blvd.<br>Suite 600<br>Columbus, OH 43215<br>T: (614) 469-3939<br>dloesing@jonesday.com | Amanda R. Parker<br>Sarah Welch<br>Samuel V. Lioi<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114<br>T: (216) 586-3939<br>arparker@jonesday.com<br>swelch@jonesday.com<br>slioi@jonesday.com<br><br>February 27, 2025 |

## **CERTIFICATE OF COMPLIANCE**

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 174 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

/s/ Sarah Welch
Sarah Welch

## CERTIFICATE OF SERVICE

I, Sarah Welch, hereby certify that on February 27, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system which will send notice of such filing to all registered CM/ECF users.

/s/ Sarah Welch
Sarah Welch