FILED: February 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1766
(1:17-cv-00070-IMK)

_____

DONTE PARRISH

      Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

-------------------------------

PROFESSOR BRYAN LAMMON

      Amicus Supporting Rehearing Petition

_____

O R D E R
_____

The court grants the motion for substitution of counsel.

Amanda R. Parker is substituted as counsel for Donte Parrish on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk